# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LUIZ VASCONCELO, | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Funds in Bank Account from Forfeiture Order. In support of the motion, the government states that on February 7, 2011, the court issued a Consent Order and Judgment of Forfeiture against assets identified by the government. Essentially, the government states that it described the incorrect SunTrust Account number for the funds that it identified for forfeiture. Defendant consents to the government's motion. Having considered the motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Funds in Bank Account from Forfeiture Order [docket #25] is **GRANTED**. The court hereby dismisses the following property from the Consent Order and Judgment of Forfeiture in this criminal forfeiture action:

**Approximately $52,944.91 in funds seized from SunTrust Account XXXXXXXXX7434 during the course of the investigation**.

Signed: September 27, 2011

Max O. Cogburn Jr.
United States District Judge