UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr20-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| LUIS VASCONCELO, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the government's Motion to Dismiss Funds (Doc. 28) identified in the Consent Order and Judgment of Forfeiture (Doc. 10).

The Government represents that the funds identified in the Government's Motion were already finally forfeited in a related civil forfeiture case, and that, in light of the final forfeiture of the funds in a related civil case the Government does not intend to pursue the funds for criminal forfeiture.

For good cause shown, IT IS THEREFORE ORDERED THAT the following funds are dismissed from the Consent Order and Judgment of Forfeiture and the Consent Order is, by virtue of this Order, hereby amended to reflect that the funds are dismissed from the Consent Order:

**Approximately $10,927.87 in funds seized from SunTrust Account XXXXXXXX7434 during the course of the investigation.**

Signed: March 14, 2012

Frank D. Whitney
United States District Judge